Susan J. Olson, SBN 152467
Andrea J. Kirkpatrick, SBN 229363
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JENCO as CHAIRMAN and WILLIAM FEYLING as CO-CHAIRMAN of the BOARD OF TRUSTEES for the CARPENTERS HEALTH AND WELFARE TRUST FUND for CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>APOLONIO CARRILLO, an individual<br><br>Defendant. | CASE NO. C 05-01111 WHA<br><br>**REQUEST FOR DISMISSAL OF APOLONIO CARRILLO AND [PROPOSED] ORDER** |

Now come the plaintiffs, hereinabove named, and request that the within action be dismissed in its entirety, without prejudice. No party has filed an answer or other responsive pleading herein.

DATE: July 20, 2005                                   STANTON, KAY & WATSON, LLP

                                                                    By /s/ Andrea J. Kirkpatrick
                                                                    ANDREA J. KIRKPATRICK
                                                                    Attorneys for Plaintiffs

-1-
REQUEST FOR DISMISSAL OF APOLONIO CARRILLO AND [PROPOSED] ORDER - [CASE NO. C-05-01111 WHA]

1  **[PROPOSED] ORDER**

2  Pursuant to the aforesaid request, it is hereby ORDERED that defendant, APOLONIO
3  CARRILLO is DISMISSED, WITHOUT PREJUDICE.
4  The Clerk shall close the file.

5  Dated: July 21, 2005

   *IT IS SO ORDERED*
   /s/ William Alsup
   Judge William Alsup

6  WILLIAM ALSUP
   UNITED STATES JUDGE

11  F:\CASES\300\305.637 A. Carrillo\Pleadings\REQUEST FOR DISMISSAL re DOES.doc